IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23MJ181(WEF) |
| | ) | |
| AUSTIN HANSLEY, | ) | Hearing: October 26, 2023 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO WAIVE APPEARANCE

Defendant Austin Hansley, through undersigned counsel, respectfully requests that the Court issue an Order permitting his absence before this Court on October 26 26, 2023 for the hearing in this matter. In support thereof, Mr. Hansley states as follows.

1. Mr. Hansley has been charged with possession of a weapon without a concealed handgun permit in violation of Title 18, United States Code Section 13, assimilating Virginia Code Section 18.2-308. Mr. Hansley is currently scheduled to appear before this Court on October 26, 2023 for a hearing on the matter, at which time the parties plan to set the matter for a status hearing.

2. Mr. Hansley lives in Texas. Both his mother and father, with whom he lives, have recently tested positive for COVID-19.

3. The undersigned has advised Mr. Hansley of the charge against him and the hearing and his right to request, in writing, the court to excuse his absence, pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure.

4. Mr. Hansley advises undersigned counsel that, given his distance and recent COVID exposure, he wishes to waive his appearance at the hearing on October 26, 2023. He has signed a written waiver of his right to be present, which is attached to this motion.

5. The government does not oppose the requested relief.

WHEREFORE, for the foregoing reasons and in light of the entire record, Mr. Hansley respectfully requests that the Court permit his absence at the hearing scheduled for October 26, 2023. For the Court's convenience, a proposed order is attached.

**AUSTIN HANSLEY**
by Counsel:

_____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
Brooke_Rupert@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2023, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

Cameron Etchart, Esq.
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314

_____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
Brooke_Rupert@fd.org